Order Filed on January 14, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# ORDER (I) DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF

The relief set forth on the following pages, numbered twelve (12) through fifteen (15), is

**ORDERED.**

**DATED: January 14, 2026**

Honorable Mark E. Hall
United States Bankruptcy Judge

(Page 2)

| | |
|---|---|
| Debtors: | STG LOGISTICS, INC., *et al*. |
| Case No. | 26-12058 (MEH) |
| Caption of Order: | Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief |

Upon the *Debtors' Motion for Entry of an Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief* (the "Motion"),[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order (this "Order") (a) authorizing the Debtors to direct the joint administration of the Debtors' chapter 11 cases for procedural purposes only and (b) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on June 6, 2025 (Bumb, C.J.); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that the Debtors' notice of the Motion was appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"), if any; and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing, if any, establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor **IT IS HEREBY ORDERED THAT**:

  1.  The Motion is **GRANTED** as set forth herein.

---

[2] Capitalized terms used but not otherwise defined herein have the meaning ascribed to them in the Motion.

(Page 3)

| | |
|---|---|
| Debtors: | STG LOGISTICS, INC., *et al*. |
| Case No. | 26-10258 (MEH) |
| Caption of Order: | Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief |

2. Any objections to the entry of this Order, to the extent not withdrawn or settled, are overruled.

3. The above–captioned cases hereby are jointly administered by this Court for procedural purposes only.

4. Nothing contained in the Motion, or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases, and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

5. The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the District of New Jersey shall keep, one consolidated docket, one file, and one consolidated service list for these chapter 11 cases.

6. All pleadings, papers, and documents filed in the Lead Case shall bear the caption as shown in **Exhibit 1** attached hereto.

7. The caption shown in **Exhibit 1** attached hereto satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

8. All lists, schedules, and statements shall be filed and docketed in the specific Debtor's case to which they are applicable.

9. Any party in interest may request joint hearings on matters pending in any of these chapter 11 cases.

10. If pleadings, papers, or documents have been filed in any of the above–captioned cases other than the Lead Case prior to the entry of this Order, and those matters have not yet been heard and decided, the party who filed the pleading, paper, or document shall (i) refile the pleading,

(Page 4)
Debtors: STG LOGISTICS, INC., *et al.*
Case No. 26-10258 (MEH)
Caption of Order: Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief

paper, or document in the Lead Case within three (3) business days of the entry of this Order, (ii) set the pleading, paper, or document for hearing before the judge assigned to the Lead Case, and (iii) notice the hearing to all appropriate parties.

11. The Clerk shall file a copy of this Order in the Lead Case and each of the affiliated Debtor cases.

12. The Debtors shall file individual monthly operating reports for each Debtor and such reports shall be docketed in the Lead Case.

13. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

14. Nothing in the Motion or this Order waives or modifies the requirements of the Restructuring Support Agreement, including, without limitation, the consent and consultation rights contained therein.

15. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order shall be effective and enforceable immediately upon entry hereof.

16. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion, and the requirements of the Bankruptcy Rules and the Local Rules are satisfied by such notice.

17. The Debtors shall serve by regular mail a copy of this Order and the Motion on all parties required to receive such service pursuant to Local Rule 9013-5(f).

18. Any party may move for modification of this Order in accordance with Local Rule 9013-5(e).

(Page 5)
Debtors: STG LOGISTICS, INC., *et al*.
Case No. 26-10258 (MEH)
Caption of Order: Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief

19. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Patrick J. Nash, Jr., P.C. (*pro hac vice* pending)<br>Yusuf Salloum (*pro hac vice* pending)<br>Ashley L. Surinak (*pro hac vice* pending)<br>333 West Wolf Point Plaza<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>patrick.nash@kirkland.com<br>yusuf.salloum@kirkland.com<br>ashley.surinak@kirkland.com<br><br>**COLE SCHOTZ P.C.**<br>Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Felice R. Yudkin, Esq.<br>Daniel J. Harris, Esq.<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br>Telephone: (201) 489-3000<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com<br>dharris@coleschotz.com<br><br>*Proposed Co-Counsel to the Debtors and Debtors in Possession* | |
| In re:<br><br>STG LOGISTICS, INC.,<br><br>     Debtor.[1]<br><br>Tax I.D. No. 95-4248624 | Chapter 11<br><br>Case No. 26-10258 (MEH) |
| In re:<br><br>APPLE ZEBRA CFS, LLC,<br><br>     Debtor.<br><br>Tax I.D. No. 81-3834139 | Chapter 11<br><br>Case No. 26-10260 (MEH) |

---

[1] The last four digits of Debtor STG Logistics, Inc.'s tax identification number are 8624. A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/STGLogistics. The location of the Debtors' service address in these chapter 11 cases is: 5165 Emerald Parkway, Dublin, Ohio 43017.

| | |
|---|---|
| In re: <br><br> BEST DEDICATED SOLUTIONS, LLC, <br><br>     Debtor. <br> Tax I.D. No. 47-4697658 | Chapter 11 <br><br> Case No. 26-10262 (MEH) |
| In re: <br><br> CARGO MANAGER SYSTEMS, INC., <br><br>     Debtor. <br> Tax I.D. No. 22-3624227 | Chapter 11 <br><br> Case No. 26-10255 (MEH) |
| In re: <br><br> CDC TRANSPORT, L.L.C., <br><br>     Debtor. <br> Tax I.D. No. 36-4280401 | Chapter 11 <br><br> Case No. 26-10264 (MEH) |
| In re: <br><br> CHANNEL DISTRIBUTION CORPORATION, <br><br>     Debtor. <br> Tax I.D. No. 36-3368001 | Chapter 11 <br><br> Case No. 26-10267 (MEH) |
| In re: <br><br> CHARLESTON HARBOR XPRESS (CHX), INC., <br><br>     Debtor. <br> Tax I.D. No. 20-0925375 | Chapter 11 <br><br> Case No. 26-10268 (MEH) |
| In re: <br><br> CLEAR LANE FREIGHT SYSTEMS, LLC, <br><br>     Debtor. <br> Tax I.D. No. 45-4083364 | Chapter 11 <br><br> Case No. 26-10271 (MEH) |
| In re: <br><br> CON-WAY MULTIMODAL INC., <br><br>     Debtor. <br> Tax I.D. No. 93-1304528 | Chapter 11 <br><br> Case No. 26-10277 (MEH) |

| | |
|---|---|
| In re: <br><br> CTI SERVICES, LLC, <br><br>           Debtor. <br> Tax I.D. No. 45-2795307 | Chapter 11 <br><br> Case No. 26-10283 (MEH) |
| In re: <br><br> EXPLORE AIRTRANS SERVICES (EAS), LLC, <br><br>           Debtor. <br> Tax I.D. No. 20-2983098 | Chapter 11 <br><br> Case No. 26-10287 (MEH) |
| In re: <br><br> EXTRA EXPRESS (ATLANTA) INC., <br><br>           Debtor. <br> Tax I.D. No. 46-2551306 | Chapter 11 <br><br> Case No. 26-10290 (MEH) |
| In re: <br><br> EXTRA EXPRESS (CERRITOS) INC., <br><br>          Debtor. <br> Tax I.D. No. 20-1713822 | Chapter 11 <br><br> Case No. 26-10259 (MEH) |
| In re: <br><br> EXTRA EXPRESS (DENVER) INC., <br><br>          Debtor. <br> Tax I.D. No. 46-4867475 | Chapter 11 <br><br> Case No. 26-10263 (MEH) |
| In re: <br><br> EXTRA EXPRESS (INDUSTRY) INC., <br><br>          Debtor. <br> Tax I.D. No. 46-4882767 | Chapter 11 <br><br> Case No. 26-10265 (MEH) |
| In re: <br><br> EXTRA EXPRESS (LAS VEGAS) INC., <br><br>          Debtor. <br> Tax I.D. No. 47-2796750 | Chapter 11 <br><br> Case No. 26-10269 (MEH) |

| | |
|---|---|
| In re: <br><br> EXTRA EXPRESS (LOGISTICS) INC., <br><br>                 Debtor. <br> Tax I.D. No. 47-2415021 | Chapter 11 <br><br> Case No. 26-10275 (MEH) |
| In re: <br><br> EXTRA EXPRESS HOLDINGS, LLC, <br><br>                 Debtor. <br> Tax I.D. No. 30-0871806 | Chapter 11 <br><br> Case No. 26-10280 (MEH) |
| In re: <br><br> F & F FUMIGATION, INC., <br><br>                 Debtor. <br> Tax I.D. No. 65-0891806 | Chapter 11 <br><br> Case No. 26-10284 (MEH) |
| In re: <br><br> FREIGHT FORCE, LLC, <br><br>                 Debtor. <br> Tax I.D. No. 33-0442228 | Chapter 11 <br><br> Case No. 26-10289 (MEH) |
| In re: <br><br> INTERNATIONAL WAREHOUSE SERVICES, INC., <br><br>                 Debtor. <br> Tax I.D. No. 59-2583518 | Chapter 11 <br><br> Case No. 26-10292 (MEH) |
| In re: <br><br> J&J INTERNATIONAL OF CALIFORNIA, LLC, <br><br>                 Debtor. <br> Tax I.D. No. 45-2795393 | Chapter 11 <br><br> Case No. 26-10296 (MEH) |
| In re: <br><br> J&J INTERNATIONAL, LLC, <br><br>                 Debtor. <br> Tax I.D. No. 45-2795361 | Chapter 11 <br><br> Case No. 26-10298 (MEH) |

| | |
|---|---|
| In re: <br><br> MANUFACTURERS CONSOLIDATION SERVICES OF CANADA, INC., <br><br> Debtor. <br><br> Tax I.D. No. 62-1602017 | Chapter 11 <br><br> Case No. 26-10303 (MEH) |
| In re: <br><br> MARDEL COAST TRUCKING (MCT), INC., <br><br> Debtor. <br><br> Tax I.D. No. 20-0640329 | Chapter 11 <br><br> Case No. 26-10307 (MEH) |
| In re: <br><br> NEUTRAL AIR, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 20-8663011 | Chapter 11 <br><br> Case No. 26-10305 (MEH) |
| In re: <br><br> NEUTRAL GROUND, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 46-3497877 | Chapter 11 <br><br> Case No. 26-10309 (MEH) |
| In re: <br><br> NEUTRAL SEA, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 26-0275469 | Chapter 11 <br><br> Case No. 26-10310 (MEH) |
| In re: <br><br> NEUTRALOGISTICS CUSTOMS BROKERAGE, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 26-4529627 | Chapter 11 <br><br> Case No. 26-10313 (MEH) |
| In re: <br><br> NEUTRALOGISTICS DISTRIBUTION, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 81-1555637 | Chapter 11 <br><br> Case No. 26-10316 (MEH) |

| | |
|---|---|
| In re:<br><br>NEUTRALOGISTICS, LLC,<br><br>                  Debtor.<br><br>Tax I.D. No. 26-0209652 | Chapter 11<br><br>Case No. 26-10273 (MEH) |
| In re:<br><br>P2D PARENT, LLC,<br><br>                  Debtor.<br><br>Tax I.D. No. 99-5073379 | Chapter 11<br><br>Case No. 26-10278 (MEH) |
| In re:<br><br>P2D TRANSPORT, LLC,<br><br>                  Debtor.<br><br>Tax I.D. No. 93-3553327 | Chapter 11<br><br>Case No. 26-10281 (MEH) |
| In re:<br><br>PDS TRUCKING, INC.,<br><br>                  Debtor.<br><br>Tax I.D. No. 51-0510276 | Chapter 11<br><br>Case No. 26-10288 (MEH) |
| In re:<br><br>RECEPTION HOLDINGS, L.P.,<br><br>                  Debtor.<br><br>Tax I.D. No. 88-0959792 | Chapter 11<br><br>Case No. 26-10293 (MEH) |
| In re:<br><br>RECEPTION INTERMEDIATE HOLDINGS, LLC,<br><br>                  Debtor.<br><br>Tax I.D. No. 88-1005001 | Chapter 11<br><br>Case No. 26-10297 (MEH) |
| In re:<br><br>RECEPTION MEZZANINE HOLDINGS, LLC,<br><br>                  Debtor.<br><br>Tax I.D. No. 88-1195094 | Chapter 11<br><br>Case No. 26-10299 (MEH) |

| | |
|---|---|
| In re:<br><br>RECEPTION NEWCO HOLDINGS, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 93-1603716 | Chapter 11<br><br>Case No. 26-10302 (MEH) |
| In re:<br><br>RECEPTION PURCHASER, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 88-1316317 | Chapter 11<br><br>Case No. 26-10261 (MEH) |
| In re:<br><br>SNW TRANSPORT LLC,<br><br>Debtor.<br><br>Tax I.D. No. 46-2996736 | Chapter 11<br><br>Case No. 26-10266 (MEH) |
| In re:<br><br>ST. GEORGE DISTRIBUTION, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 91-2031636 | Chapter 11<br><br>Case No. 26-10270 (MEH) |
| In re:<br><br>ST. GEORGE EMPLOYEE LEASING, INC.,<br><br>Debtor.<br><br>Tax I.D. No. 74-3094246 | Chapter 11<br><br>Case No. 26-10276 (MEH) |
| In re:<br><br>ST GEORGE TRUCKING & WAREHOUSING INC.,<br><br>Debtor.<br><br>Tax I.D. No. 22-2607954 | Chapter 11<br><br>Case No. 26-10257 (MEH) |
| In re:<br><br>ST. GEORGE USA, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 27-2599950 | Chapter 11<br><br>Case No. 26-10282 (MEH) |

| | |
|---|---|
| In re:<br><br>ST. GEORGE WAREHOUSE & TRUCKING CO. OF TEXAS, INC.,<br><br>            Debtor.<br><br>Tax I.D. No. 76-0495367 | Chapter 11<br><br>Case No. 26-10295 (MEH) |
| In re:<br><br>ST. GEORGE WAREHOUSE OF IL, INC.,<br><br>            Debtor.<br><br>Tax I.D. No. 73-1629442 | Chapter 11<br><br>Case No. 26-10301 (MEH) |
| In re:<br><br>ST. GEORGE WAREHOUSE OF OAKLAND, INC.,<br><br>            Debtor.<br><br>Tax I.D. No. 20-0925428 | Chapter 11<br><br>Case No. 26-10306 (MEH) |
| In re:<br><br>ST. GEORGE WAREHOUSE OF SAVANNAH, LLC,<br><br>            Debtor.<br><br>Tax I.D. No. 46-3671648 | Chapter 11<br><br>Case No. 26-10311 (MEH) |
| In re:<br><br>ST. GEORGE WAREHOUSE OF SO. CAROLINA, INC.,<br><br>            Debtor.<br><br>Tax I.D. No. 59-3507756 | Chapter 11<br><br>Case No. 26-10315 (MEH) |
| In re:<br><br>STG ACQUISITION CORP.,<br><br>            Debtor.<br><br>Tax I.D. No. 81-3143065 | Chapter 11<br><br>Case No. 26-10318 (MEH) |
| In re:<br><br>STG CARTAGE, LLC,<br><br>            Debtor.<br><br>Tax I.D. No. 52-2090059 | Chapter 11<br><br>Case No. 26-10320 (MEH) |

| | |
|---|---|
| In re: <br><br> STG DISTRIBUTION HOLDINGS, LLC, <br><br>         Debtor. <br> Tax I.D. No. 99-5055314 | Chapter 11 <br><br> Case No. 26-10322 (MEH) |
| In re: <br><br> STG DISTRIBUTION SERVICES, INC., <br><br>         Debtor. <br> Tax I.D. No. 68-0444676 | Chapter 11 <br><br> Case No. 26-10274 (MEH) |
| In re: <br><br> STG DISTRIBUTION, LLC, <br><br>         Debtor. <br> Tax I.D. No. 99-5038544 | Chapter 11 <br><br> Case No. 26-10279 (MEH) |
| In re: <br><br> STG DRAYAGE, LLC, <br><br>         Debtor. <br> Tax I.D. No. 46-3059692 | Chapter 11 <br><br> Case No. 26-10285 (MEH) |
| In re: <br><br> STG INTERMODAL SERVICES, LLC, <br><br>         Debtor. <br> Tax I.D. No. 82-3282627 | Chapter 11 <br><br> Case No. 26-10291 (MEH) |
| In re: <br><br> STG INTERMODAL SOLUTIONS, INC., <br><br>         Debtor. <br> Tax I.D. No. 31-1107151 | Chapter 11 <br><br> Case No. 26-10294 (MEH) |
| In re: <br><br> STG INTERMODAL, INC., <br><br>         Debtor. <br> Tax I.D. No. 62-0935669 | Chapter 11 <br><br> Case No. 26-10300 (MEH) |

| | |
|---|---|
| In re: <br><br> STG LTL, INC., <br><br>                 Debtor. <br> Tax I.D. No. 33-0460335 | Chapter 11 <br><br> Case No. 26-10304 (MEH) |
| In re: <br><br> STG PORT SERVICES, LLC, <br><br>                 Debtor. <br> Tax I.D. No. 95-3608057 | Chapter 11 <br><br> Case No. 26-10308 (MEH) |
| In re: <br><br> STG STACKTRAIN, LLC, <br><br>                 Debtor. <br> Tax I.D. No. 20-8510744 | Chapter 11 <br><br> Case No. 26-10312 (MEH) |
| In re: <br><br> STG TRANSPORT SERVICES, LLC, <br><br>                 Debtor. <br> Tax I.D. No. 86-1863043 | Chapter 11 <br><br> Case No. 26-10314 (MEH) |
| In re: <br><br> STG TRANSPORTATION SOLUTIONS, LLC, <br><br>                 Debtor. <br> Tax I.D. No. 92-1641730 | Chapter 11 <br><br> Case No. 26-10317 (MEH) |
| In re: <br><br> SUMMIT NW CORPORATION, <br><br>                 Debtor. <br> Tax I.D. No. 93-1268529 | Chapter 11 <br><br> Case No. 26-10319 (MEH) |
| In re: <br><br> VEECO HOLDINGS, LLC, <br><br>                 Debtor. <br> Tax I.D. No. 20-5957916 | Chapter 11 <br><br> Case No. 26-10321 (MEH) |

**<u>Exhibit 1</u>**

**Case Caption**

| | |
|---|---|
| **KIRKLAND & ELLIS LLP** | **COLE SCHOTZ P.C.** |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | Michael D. Sirota, Esq. |
| Patrick J. Nash, Jr., P.C. (*pro hac vice* pending) | Warren A. Usatine, Esq. |
| Yusuf Salloum (*pro hac vice* pending) | Felice R. Yudkin, Esq. |
| Ashley L. Surinak (*pro hac vice* pending) | Daniel J. Harris, Esq. |
| 333 West Wolf Point Plaza | Court Plaza North, 25 Main Street |
| Chicago, Illinois 60654 | Hackensack, New Jersey 07601 |
| Telephone: (312) 862-2000 | Telephone: (201) 489-3000 |
| Facsimile: (312) 862-2200 | msirota@coleschotz.com |
| patrick.nash@kirkland.com | wusatine@coleschotz.com |
| yusuf.salloum@kirkland.com | fyudkin@coleschotz.com |
| ashley.surinak@kirkland.com | dharris@coleschotz.com |
| *Proposed Co-Counsel to the Debtors and Debtors in Possession* | *Proposed Co-Counsel to the Debtors and Debtors in Possession* |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| STG LOGISTICS, INC., *et al.*, | Case No. 26-10258 (MEH) |
| Debtors.[1] | (Jointly Administered) |

---

[1] The last four digits of Debtor STG Logistics, Inc.'s tax identification number are 8624. A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/STGLogistics. The location of the Debtors' service address in these chapter 11 cases is: 5165 Emerald Parkway, Dublin, Ohio 43017.